AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vescovo, Diane K. | Western District of Tennessee | 07/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

341 Federal Building
167 North Main Street
Memphis, Tennessee 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Memphis Board of Visitors |
| 2. | Director | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | 1st Mortgage on Real Property #1 (Rental) - Destin, FL | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1, Destin, FL, Undivided 1 interest | E | Rent | O | R | | | | | |
| 2. Sovereign Inherent Return Fund, L.P. | | None | J | T | | | | | |
| 3. 1st Tennessee Bank Accounts | A | Interest | L | T | | | | | |
| 4. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 5. Metropolitan Bank Account | A | Interest | K | T | Open | 04/21/14 | K | | |
| 6. Northwestern Whole Life | B | Dividend | L | T | | | | | |
| 7. Sun Whole Life | B | Dividend | L | T | | | | | |
| 8. Raymond James Account | | | | | | | | | |
| 9. --Cash Regions FDIC | A | Interest | L | T | | | | | |
| 10. --Kinder Morgan, Inc. | B | Dividend | L | T | Buy (add'l) | 06/06/14 | J | | |
| 11. --EV Energy Partners LP | A | Distribution | | | Sold | 12/23/14 | J | | |
| 12. --Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 13. --Energy Transfer Equity | B | Distribution | L | T | | | | | |
| 14. --Enterprise Product Partners LP | B | Distribution | L | T | | | | | |
| 15. --Kinder Morgan Energy Partners LP | B | Distribution | | | Buy (add'l) | 06/06/14 | K | | |
| 16. | | | | | Sold | 11/26/14 | L | D | |
| 17. --Magellan Midstream Partners LP | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |
| 19. --Alger Spectra I | C | Dividend | K | T | Buy (add'l) | 12/19/14 | J | | |
| 20. --Dodge & Cox Income | A | Dividend | K | T | | | | | |
| 21. --FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 22. --The Fairholme Fund | C | Dividend | K | T | | | | | |
| 23. --Federated Strategic Value IS | C | Dividend | K | T | Buy (add'l) | 12/04/14 | J | | |
| 24. --Franklin Income Fund | B | Dividend | K | T | | | | | |
| 25. --Glenmede Small Cap Equity Institutional Shares | B | Dividend | K | T | Buy (add'l) | 12/12/14 | J | | |
| 26. --Oakmark International Fund | C | Dividend | K | T | Buy (add'l) | 03/18/14 | K | | |
| 27. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 28. --Ivy Asset Strategy Fund I | C | Dividend | K | T | | | | | |
| 29. --Clearbridge Aggressive Growth Fund | A | Dividend | L | T | Buy (add'l) | 04/24/14 | K | | |
| 30. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 31. --Nuveen Global Infrastructure I | C | Dividend | K | T | | | | | |
| 32. --Oppenheimer Developing Markets Fund | B | Dividend | L | T | Buy (add'l) | 03/18/14 | K | | |
| 33. --PIMCO All Assett All Authority Fund | A | Dividend | | | Sold | 11/11/14 | K | | |
| 34. --PIMCO Total Return Fund P | A | Dividend | | | Sold | 11/11/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Prudential Jennison Equity Income Fund CL | C | Dividend | K | T | Buy (add'l) | 12/22/14 | J | | |
| 36. --RS Global Natural Resources | B | Dividend | | | Sold | 12/23/14 | K | | |
| 37. --Riverpark/Wedgewood Fund Institutional | B | Dividend | K | T | | | | | |
| 38. --Scout Mid Cap | D | Dividend | K | T | Buy (add'l) | 12/22/14 | J | | |
| 39. --SunAmerica Focused Dividend Strategy Port Class A | C | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 40. --Templeton Global Bond Fund Advisor Class | B | Dividend | J | T | | | | | |
| 41. --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | | | | | |
| 42. --First Trust ETF Financial Alphadex Fund | A | Dividend | K | T | | | | | |
| 43. --First Trust Health Care Alphadex Fund | | None | K | T | | | | | |
| 44. --iShares U.S. Tech ETF | A | Dividend | K | T | | | | | |
| 45. --iShares U.S. Inds ETF | A | Dividend | K | T | | | | | |
| 46. --iShares U.S. Energy ETF | A | Dividend | K | T | | | | | |
| 47. --Alcentra Cap Corporation | B | Dividend | K | T | Buy | 05/19/14 | K | | |
| 48. --Plains GP Holdings | | None | K | T | Buy | 11/11/14 | K | | |
| 49. --Markwest Energy Partners | B | Distribution | K | T | Buy | 03/19/14 | K | | |
| 50. --First Eagle Global Fund Class I | B | Dividend | K | T | Buy | 03/18/14 | K | | |
| 51. | | | | | Buy (add'l) | 12/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Wells Fargo Advantage Absolute Return Fund | A | Dividend | K | T | Buy | 04/24/14 | K | | |
| 53. --Neuberger Berman Long Short Class A | A | Dividend | K | T | Buy | 04/24/14 | K | | |
| 54. Raymond James IRA Account | | | | | | | | | |
| 55. --Cash | A | Interest | J | T | | | | | |
| 56. --Alger Spectra Fund | B | Dividend | J | T | | | | | |
| 57. --Dodge& Cox Income Fund | | None | | | Sold | 03/08/14 | J | A | |
| 58. --ETFS Precious Metal Basket Physical | | None | J | T | | | | | |
| 59. --FPA Crescent Fund | A | Dividend | J | T | | | | | |
| 60. --The Fairholme Fund | B | Dividend | K | T | | | | | |
| 61. --First Trust ETF Energy Alphadex Fund | A | Dividend | J | T | | | | | |
| 62. --First Trust ETF Financial Alphadex Fund | A | Dividend | J | T | | | | | |
| 63. --First Trust Health Care Alphadex Fund | A | Dividend | K | T | | | | | |
| 64. --First Trust ETF Industrials Prod Durable | A | Dividend | J | T | | | | | |
| 65. --First Trust ETF Technology Alphadex | A | Dividend | J | T | | | | | |
| 66. --Franklin Income Fund Advisor Class | A | Dividend | K | T | | | | | |
| 67. --Glenmede Small Cap Equity Institutional Class | A | Dividend | K | T | | | | | |
| 68. --Oakmark International Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Ivy Asset Strategy Fund I | B | Dividend | J | T | | | | | |
| 70. --Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 71. --PIMCO All Assett All Authority | A | Dividend | J | T | | | | | |
| 72. --PIMCO Total Return Fund Class P | A | Dividend | | | Sold | 03/18/14 | J | | |
| 73. --RS Global Natural Resources Y | A | Dividend | J | T | | | | | |
| 74. --Riverpark/Wedgewood Fund Institutional | A | Dividend | J | T | | | | | |
| 75. --Scout Mid Cap Fund | C | Dividend | K | T | | | | | |
| 76. --Sunamerica Focused Dividend Strategy Fund | A | Dividend | J | T | | | | | |
| 77. --Templeton Global Bond Fund Advisor Class | A | Dividend | J | T | | | | | |
| 78. --Thornburg Investment Income Builder Fund I | A | Dividend | K | T | | | | | |
| 79. --First Eagle Global Fund | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 80. --Clearbridge Aggressive Growth Fund | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 81. Raymond James Account | | | | | | | | | |
| 82. --Cash Regions FDIC | A | Interest | K | T | | | | | |
| 83. --Kinder Morgan, Inc. | B | Dividend | K | T | | | | | |
| 84. --Williams Companies, Inc. | B | Dividend | K | T | | | | | |
| 85. --EV Energy Partners LP | A | Distribution | | | Sold | 12/23/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Energy Transfer Partners LP | A | Distribution | J | T | Sold (part) | 05/06/14 | J | A | |
| 87. --Energy Transfer Equity | C | Distribution | M | T | | | | | |
| 88. --Enterprise Product Partners LP | C | Distribution | L | T | | | | | |
| 89. --Kinder Morgan Energy Partners LP | B | Distribution | | | Sold | 05/06/14 | J | B | |
| 90. --Magellan Midstream Partners LP | B | Distribution | K | T | | | | | |
| 91. --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |
| 92. --Alger Spectra I | C | Dividend | K | T | Buy (add'l) | 12/19/14 | J | | |
| 93. --The Fairholme Fund | C | Dividend | K | T | | | | | |
| 94. --Federated Strategic Value IS | C | Dividend | K | T | Buy (add'l) | 12/04/14 | J | | |
| 95. --Franklin Income Fund | B | Dividend | K | T | | | | | |
| 96. --Glenmede Small Cap Equity Institutional Shares | B | Dividend | K | T | Buy (add'l) | 12/12/14 | J | | |
| 97. --Oakmark International Fund | C | Dividend | L | T | Buy (add'l) | 12/19/14 | J | | |
| 98. --Ivy Asset Strategy Fund I | D | Dividend | K | T | | | | | |
| 99. --Clearbridge Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 100. --Nuveen Global Infrastructure I | C | Dividend | K | T | | | | | |
| 101. --Oppenheimer Developing Markets Fund | B | Dividend | L | T | | | | | |
| 102. --PIMCO All Assett All Authority Fund | A | Dividend | | | Sold (part) | 05/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/11/14 | K | | |
| 104. --Principal Global Diversified Income Fund | B | Dividend | K | T | | | | | |
| 105. --Prudential Jennison Equity Income Fund CL | C | Distribution | K | T | Buy (add'l) | 12/22/14 | K | | |
| 106. --RS Global Natural Resources | B | Dividend | | | Sold | 12/23/14 | K | | |
| 107. --Riverpark/Wedgewood Fund Institutional | B | Dividend | K | T | | | | | |
| 108. --Scout Mid Cap | D | Dividend | K | T | Buy (add'l) | 12/22/14 | J | | |
| 109. --SunAmerica Focused Dividend Strategy Port Class A | C | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 110. --Thornburg Investment Income Builder Fund I | A | Dividend | K | T | | | | | |
| 111. --First Trust ETF Financial Alphadex Fund | A | Dividend | L | T | | | | | |
| 112. --First Trust Health Care Alphadex Fund | A | Dividend | L | T | | | | | |
| 113. --iShares U.S. Tech ETF | A | Dividend | L | T | | | | | |
| 114. --iShares U.S. Inds ETF | A | Dividend | L | T | | | | | |
| 115. --iShares U.S. Energy ETF | A | Dividend | K | T | | | | | |
| 116. --Neurberger Berman Long Short Fund Class A | A | Dividend | K | T | | | | | |
| 117. --Alcentra Cap Corporation | B | Dividend | K | T | Buy | 05/09/14 | K | | |
| 118. --Plains GP Holdings | | None | K | T | Buy | 11/11/14 | K | | |
| 119. --First Eagle Global Fund Class I | B | Dividend | K | T | Buy | 03/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Raymond James IRA Account | | | | | | | | | |
| 121. --Cash | A | Interest | L | T | | | | | |
| 122. --Alger Spectra Fund | C | Dividend | K | T | | | | | |
| 123. --Dodge& Cox Income Fund | A | Dividend | | | Sold | 03/18/14 | K | A | |
| 124. --FPA Crescent Fund | B | Dividend | L | T | | | | | |
| 125. --The Fairholme Fund | C | Dividend | K | T | | | | | |
| 126. --Federated Strategic Value Dividend Fund | C | Dividend | K | T | | | | | |
| 127. --Franklin Income Fund Advisor Class | B | Dividend | K | T | | | | | |
| 128. --Glenmede Small Cap Equity Institutional Class | B | Dividend | K | T | | | | | |
| 129. --Oakmark International Fund | C | Dividend | K | T | | | | | |
| 130. --Ivy Asset Strategy Fund I | C | Dividend | K | T | Buy (add'l) | 03/18/14 | J | | |
| 131. --Clearbridge Aggressive Growth Fund I | A | Dividend | K | T | | | | | |
| 132. --Loomis Sayles Bond Fund Retail Class | A | Dividend | | | Sold | 03/18/14 | K | B | |
| 133. --Oppenheimer Developing Markets | B | Dividend | L | T | | | | | |
| 134. --PIMCO All Assett All Authority | B | Dividend | K | T | | | | | |
| 135. --PIMCO Total Return Fund Class P | A | Dividend | | | Sold | 03/18/14 | K | | |
| 136. --Principal Global Diversified Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Osterweis Strategic Income Fund | A | Dividend | | | Sold | 03/18/14 | K | A | |
| 138. --Prudential Jennison Equity Income Fund | C | Dividend | K | T | | | | | |
| 139. --Riverpark/Wedgewood Fund Institutional | B | Dividend | K | T | | | | | |
| 140. --Scout Mid Cap Fund | D | Dividend | K | T | | | | | |
| 141. --Sunamerica Focused Dividend Strategy Fund | C | Dividend | K | T | | | | | |
| 142. --Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | | | | | |
| 143. --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | | | | | |
| 144. --Wells Fargo Advantage Absolute Return Fund | A | Dividend | K | T | | | | | |
| 145. --Templeton Global Income Fund | A | Dividend | J | T | | | | | |
| 146. --JP Morgan Alerian MLP Index Bond | | None | L | T | | | | | |
| 147. --Neuberger Berman Long Short Fund Class A | A | Dividend | K | T | | | | | |
| 148. --Blackrock Multi Asset Income Portfolio Fund | A | Dividend | K | T | Buy | 03/19/14 | K | | |
| 149. --First Eagle Global Fund Class I | B | Dividend | K | T | Buy | 03/18/14 | K | | |
| 150. --JPMorgan Income Builder Fund | B | Dividend | K | T | Buy | 03/18/14 | K | | |
| 151. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1:  Property was purchased on 8/31/04 for the purchase price of $645,000.

Lines 8, 54, 81, and 120:  These are "header" lines, thus columns B through D are left blank.

Lines 11, 33, 34, 36, 72, 85, 102, 103, 106, and 135:  There was a realized loss on the sales of these securities, thus no code is required in Column D4.

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544